USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

### SEALED

H 12 - 600

HOUSTON DIVISION

USAO Number:  2011R06473

Magistrate Number:

CRIMINAL INDICTMENT    Filed _____ 9 /20/2012 _____ Judge: Rosenthal

UNITED STATES of AMERICA

VS.

**ATTORNEYS:**

**KENNETH MAGIDSON, USA**          (713) 567-9000

Laura Cordova          (713) 567-9000

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNSEALED
PER ARREST

| | Appt'd | Private |
|---|---|---|
| Earnest Gibson, III (1-9, 11-13) | ☐ | ☐ |
| Earnest Gibson, IV (1, 2, 11-13) | ☐ | ☐ |
| William Bullock, III (1, 2, 7, 9, 10) | ☐ | ☐ |
| Regina Askew (1-5) | ☐ | ☐ |
| Robert Ferguson (1, 2, 7, 9) | ☐ | ☐ |
| Leslie Clark (2, 7, 9) | ☐ | ☐ |
| Robert Crane (2) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Count 1: Conspiracy to Commit Healthcare Fraud (18 U.S.C. § 1349)

Count 2: Conspiracy to Defraud the United States and to pay Health Care Kickbacks (18 U.S.C.§ 371)

Count 3-12: Offering or Paying Health Care Kickbacks (42 U.S.C. § 1320a-7b(b)(2))

Count 13: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))

## Page 2 of 2

CHARGE:
(TOTAL)
(COUNTS:)
( 13 )

_____
_____
_____
_____
_____
_____
_____
_____

**PENALTY:**

Count 1: Fine of up to $250,000, or twice the gain or loss from the crime, or imprisonment for not more than ten years, or both, and three years supervised release.
Count 2: Fine of up to $250,000, or twice the gain or loss from the crime, or imprisonment for not more than five years, or both, and three years supervised release.
Count 3-12: Fine of up to $25,000 or imprisonment for not more than five years, or both, and three years supervised release.
Count 13: Fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than 20 years, or both, and five years supervised release.

☐ In Jail

**NAME & ADDRESS**
**of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**

_____
_____
_____
_____
_____