**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600-7 |
| | § § § § | |
| ROBERT CRANE | § | |

# O R D E R

Defendant Crane filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 477). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 9, 2015, at 9:00 a.m.**

SIGNED on June 1, 2015, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge