**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600-7 |
| | § § § § | |
| ROBERT CRANE | § | |

**O R D E R**

Defendant Crane filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 635). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 18, 2017, at 9:00 a.m.**

SIGNED on November 9, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge